**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Vine Ripe, Inc., d/b/a Bushel Boy Farms, | Civil No. 07-4726 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| | **WITH PREJUDICE** |
| Paul Boers, Ltd., Prins Greenhouses, Ltd., Prins Greenhouses (2004), Ltd., and Prins Greenhouses Inc., | |
| Defendants. | |

----------------------------------------------------------------------

| | |
|---|---|
| Paul Boers, Ltd. | Civil No. 07-4892 (RHK/JSM) |
| Plainitff, | |
| vs. | |
| Vine Ripe, Inc., d/b/a Bushel Boy Farms, | |
| Defendant. | |

_____

Based upon the Stipulation of the parties, **IT IS ORDERED** that the above-captioned matters are hereby **DISMISSED WITH PREJUDICE** and upon the merits and without further attorneys' fees and costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 17, 2008                         s/Richard H. Kyle_____
                                              RICHARD H. KYLE
                                              United States District Judge